IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| HARRIS ASAHARA, | ) | CIVIL 06-00051SOM-KSC |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| JAMES CORREA, | ) | |
| CHARLES M. CHAI, JR., *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

ORDER ADOPTING MAGISTRATE'S
FINDINGS AND RECOMMENDATION

Findings and Recommendation having been filed and served on all parties on April 27, 2006, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.2, the "Finding and Recommendation to Remand Action for Lack of Subject Matter Jurisdiction" is adopted as the opinion and order of this Court.

IT IS SO ORDERED.

DATED: Honolulu, Hawaii, May 12, 2006.



/s/ Susan Oki Mollway
Susan Oki Mollway
United States District Judge

cc: all parties of record

Asahara v. Correa, et al.; CIVIL 06-00051SOM-KSC; ORDER ADOPTING MAGISTRATE'S FINDINGS AND RECOMMENDATION